## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN G. FIKE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | 3:13-cv-629-RCJ-WGC<br><br>**ORDER** |

Plaintiff filed her application to proceed in forma pauperis and complaint on November 12, 2013. (Doc. # 1.) The court issued an order granting her application and directing the Clerk to file the complaint on February 27, 2014. (Doc. # 4.) The complaint was served and defendant Commissioner filed an answer on May 19, 2014. (Doc. # 10.) The Commissioner also manually filed the administrative record with the Clerk's Office. (Doc. # 11.) On May 19, 2014, the court issued an order directing Plaintiff to file a motion for remand or reversal within thirty days. (Doc. # 12 at 2.)

Plaintiff submitted a document for filing on June 11, 2014. (Doc. # 13.) In that document, she states that she is submitting new information to add to her case and included a copy of what appears to be a medical record where she received a referral to neurosurgery. (Doc. # 13 at 3.) Plaintiff did not file a motion for remand or reversal. On July 17, 2014, the Commissioner filed a notice indicating that Plaintiff had not filed her motion for remand or reversal and requested that the court order Plaintiff to file her brief or dismiss the case for failure to prosecute. (Doc. # 14.) In response, Plaintiff did not file a motion to remand or reverse. Instead, Plaintiff filed a document stating that she sent her brief to the Clerk's Office on June 10, 2014. (Doc. # 15.)

The Clerk's Office is not in receipt of a motion to remand/reverse in this case. Therefore, **IT IS HEREBY ORDERED** that Plaintiff has up to and including **September 25, 2014** to file

1 her motion for remand or reversal. Plaintiff is cautioned that if she fails to do so, the court will
2 recommend dismissal of this action for failure to prosecute.
3 **IT IS SO ORDERED**.

DATED: August 25, 2014

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE